UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| The TRUSTEES OF THE SHEET METAL LOCAL 36 WELFARE FUND, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> MYRON JENKINS d/b/a M.J. MECHANICAL, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Cause No. 4:07cv1332 JCH <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Default Judgment against Defendant, Myron Jenkins d/b/a M.J. Mechanical.

After careful consideration of the motion and the record in this case, it appearing that the Defendant, Myron Jenkins d/b/a M.J. Mechanical, has failed to plead or otherwise defend in this action, that the Clerk has previously entered a default against Defendant on January 16, 2008, and that Defendant owes contributions, interest and liquidated damages, and attorney's fees and costs to Plaintiffs;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant, Myron Jenkins d/b/a M.J. Mechanical, for $37,456.89 in contributions.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant, Myron Jenkins d/b/a M.J. Mechanical, for $14,315.32 in interest and liquidated damages through March 14, 2008, plus continuing interest on the contributions, pursuant to 29 U.S.C. §1132 (g)(2)(C)(I) and 26 U.S.C. §6621, until they are paid.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant, Myron Jenkins d/b/a M.J. Mechanical, for $5,380.54 in costs and attorney fees, as well as any additional reasonable attorney's fees and costs incurred thereafter in connection with this case until this judgment has been fully executed.

So Ordered this 14th day of May, 2008.

_____
Honorable Jean C. Hamilton
United States District Judge

333171.WPD